IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VIBHA JHA BUCKINGHAM,<br>      *Appellant,*<br><br>v.<br><br>UNITED BANK,<br>      *Appellee.* | CASE NO. 3:16-cv-00031<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon an appeal by Vibha Jha Buckingham of an April 19, 2016 Order of the U.S. Bankruptcy Court for the Western District of Virginia in which the Bankruptcy Court overruled Buckingham's objection to an unsecured claim made by United Bank. In accordance with the accompanying memorandum opinion, the Court **AFFIRMS** the judgment of the Bankruptcy Court and **DISMISSES** Appellant's claims with prejudice.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this \_\_\_13th\_\_\_ day of September, 2016.

                   */s/ Norman K. Moon*
                   NORMAN K. MOON
                   UNITED STATES DISTRICT JUDGE